THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MOUNT VERNON FIRE INSURANCE COMPANY, as subrogee of Schofield Properties; MARYLAND CASUALTY COMPANY, as subrogee of City Dog Wash, LLC; STATE FARM FIRE AND CASUALTY COMPANY, as subrogee of Mark and Melody Sanders d/b/a Cover To Cover Books,<br><br>    Plaintiffs,<br><br>    v.<br><br>BROAN-NUTONE, LLC; JAKEL MOTORS, INC.; FASCO INDUSTRIES, INC.; and REGAL-BELOIT CORPORATION,<br><br>    Defendants. | No. 3:12-cv-05344-RJB<br><br>**ORDER DISMISSING FASCO INDUSTRIES, INC. AND REGAL-BELOIT CORPORATION; AND NAME CHANGE OF DEFENDANT** |

Based upon the Stipulation Dismissing Fasco Industries, Inc. and Regal-Beloit Corporation, and Name Change of Defendant, it is hereby ORDERED that:

    1.    Regal-Beloit Corporation and Fasco Industries, Inc. are dismissed, without prejudice, as parties to this proceeding;

ORDER DISMISSING FASCO AND REGAL-BELOIT; AND NAME CHANGE OF DEFENDANT-1

37969-0013/LEGAL23602821.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

2. Jakel Motors Incorporated shall be substituted for Jakel Motors, Inc. and this amendment shall relate back to all pleadings, including but not limited to the Complaint; and

3. The case caption is modified to reflect the dismissal of Regal-Beloit Corporation and Fasco Industires, Inc., as well as the substitution of Jakel Motors Incorporated for Jakel Motors, Inc.

DATED this 11th day of May, 2012.

_____
ROBERT J. BRYAN
United States District Judge

Presented by:

 /s/ David G. Lassen, WSBA No. 37392____
David G. Lassen, WSBA No. 37392
**Perkins Coie LLP**
*Attorneys for Defendants Jakel Motors Incorporated, Regal-Beloit Corporation, and Broan-NuTone LLC*

ORDER DISMISSING FASCO AND REGAL-BELOIT; AND NAME CHANGE OF DEFENDANT – 2

37969-0013/LEGAL23602821.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000